Lisa J. Borodkin (State Bar No. 196412)
  lisa@lisaborodkin.com
Shoshana E. Bannett (State Bar No. 241977)
  shoshana@lisaborodkin.com
LISA BORODKIN, ATTORNEY AT LAW
3414 Rowena Avenue
Los Angeles, California 90027
Telephone: (323) 337-7933

Attorneys for Plaintiffs
Linda Elaine Good, Laura Elizabeth Good, and
The Laura Good and Linda Good Partnership

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA ELAINE GOOD, an individual; LAURA ELIZABETH GOOD, an individual; and THE LAURA GOOD AND LINDA GOOD PARTNERSHIP, a partnership, <br><br> Plaintiffs, <br><br> vs. <br><br> TAHLIAH BARNETT, an individual; BEGGARS GROUP HOLDINGS (USA), INC., a New York corporation; BEGGARS BANQUET RECORDINGS (USA), INC., a New York corporation; XL RECORDINGS (USA), INC., a California corporation; and YOUNG TURKS LIMITED, a United Kingdom Private Limited Company; and DOES 1-10, <br><br> Defendants. | CIVIL CASE NO.: <br><br><br><br> **COMPLAINT FOR TRADEMARK INFRINGEMENT** <br><br> **DEMAND FOR JURY TRIAL** |

Plaintiffs, who have the utmost respect for Beggars Banquet Recordings and their legacy of supporting independent and "DIY" musical artists, reluctantly file this action in the face of multiple adverse claims to Plaintiffs' trademark rights in and to the band name "The Twigs" and "Twigs" and the associated goodwill that Plaintiffs have accrued since starting out in the music business as self-supporting young women approximately 20 years ago.

## I

## JURISDICTION AND VENUE

1.     This action arises under the trademark laws of the United States, Title 15, United States Code. This Court has federal question jurisdiction under 28 U.S.C. §§ 1331 and 1338(a), and 15 U.S.C. § 1121.

2.     Defendants are subject to the Court's *in personam* jurisdiction because they reside and/or do business in California and have committed the acts complained of herein in California.

3.     Venue is proper in this District pursuant to 28 U.S.C. § 1391(b)(1)-(2) and 28 U.S.C. §1400(a) in that Defendants or their agents may be found in this district, and a substantial number of the acts or omissions giving rise to Plaintiffs' claim occurred in this district.

## II

## THE PARTIES

4.     Plaintiff Linda Elaine Good ("Linda") is a professional recording musician, songwriter, and touring musician, and is a citizen of the City of Los Angeles, State of California, with her principal place of business in Los Angeles, California, and has been continuously making, releasing and promoting music under the names "Twigs," and "The Twigs" since approximately 1994 in the territories of North America, Europe, Australia, and the United Kingdom and worldwide at the domain names twigs.com and thetwigs.com.

**COMPLAINT FOR TRADEMARK INFRINGEMENT**

5.     Plaintiff Laura Elizabeth Good ("Laura") is a professional recording musician, songwriter, and touring musician, and is a citizen of Rockbridge County, Virginia, with her principal place of business in Rockbridge County, Virginia and has been continuously making, releasing and promoting music under the names "Twigs," and "The Twigs" since approximately 1994 in the territories of North America, Europe, Australia, the United Kingdom, and worldwide at the domain names twigs.com and thetwigs.com.

6.     Plaintiff The Linda Good and Laura Good Partnership (the "Good Partnership"), and all variations of its name, is a partnership consisting of Linda Good and Laura Good, with its principal place of business in Los Angeles, California, and is sometimes known as "Laura Good, Linda Good Partnership, The [sic]," including in the records of the United States Trademark Office for United States Trademark Registration Number 2003136 for the mark "The Twigs" that is the subject of this action.

7.     Upon information and belief, Defendant Tahliah Barnett ("Barnett") is a citizen of the United Kingdom with her principal place of business in the City of London in the United Kingdom and is a new musical and recording artist who released her first commercial recordings on or about December 4, 2012 and has advertised her first North American music concert under the name "FKA Twigs" to take place April 10, 2014 at the Masonic Lodge at the Hollywood Forever Cemetery in Los Angeles, California.

8.     Upon information and belief, Defendant Beggars Group Holdings (USA), Inc. ("Beggars Group") is a corporation organized and existing under the laws of the State of New York, with its principal place of business in New York with an affiliated office in Los Angeles County, California, and is the United States business unit or affiliate of Beggars Group Limited, a United Kingdom Private Limited Company.

**COMPLAINT FOR TRADEMARK INFRINGEMENT**

9. Upon information and belief, Defendant Beggars Banquet Recordings (USA), Inc. ("Beggars Banquet") is a corporation organized and existing under the laws of the State of New York, with its principal place of business in New York and is in the business of recording and/or distributing musical recordings and compositions in the "indie" genre.

10. Upon information and belief, Defendant XL Recordings (USA), Inc. ("XL") is a corporation organized and existing under the laws of the State of California, with its principal place of business in New York and is in the business of recording and/or distributing musical recordings and compositions in the "indie" genre and is an imprint or sub-label of Beggars Banquet with distribution through Beggars Group.

11. Upon information and belief, Defendant Young Turks Limited ("Young Turks"), is a United Kingdom Private Limited Company with its principal place of business in London, the United Kingdom, and is an imprint or sub-label of XL and has commercially released music recordings by Barnett, and supports Barnett with advertising and promotion of her music under the name "FKA Twigs."

12. Plaintiffs sue the defendants identified below as DOES 1 through 10, inclusive, on the grounds that plaintiff is ignorant of the true names and capacities of those fictitiously named defendants. DOES 1 through 10 are the agents, co-conspirators or joint venturers of the named defendants and are acting in concert or participation with the named defendants to infringe Plaintiffs' valuable intellectual property. Plaintiffs will seek leave to amend this complaint when the true names and capacities of those defendants are ascertained.

13. Defendants Barnett, Beggars Group, Beggars Banquet, XL, Young Turks and Does 1 through 10 (collectively, "Defendants") are subject to the jurisdiction of this Court pursuant to California Code of Civil Procedure § 410.10

and Rule 4 of the Federal Rules of Civil Procedure, including in that Defendants transact or have transacted business within the Central District of California, including at Beggars Group's Los Angeles office, which is located at 2035 Hyperion Avenue, Los Angeles, California 90027 and that Defendants are advertising a live music performance to take place at the Masonic Lodge at the Hollywood Forever Cemetery at 6000 Santa Monica Boulevard, Los Angeles, California.

### III

### GENERAL ALLEGATIONS

### The "The Twigs" Mark

14. Linda and Laura are twin sisters and are internationally known musicians, performers, and songwriters in the indie/alternative pop genre.

15. Since in or around 1994, Laura and Linda have continuously performed, recorded, produced and released music as "The Twigs," also known as "Twigs."

16. Linda and Laura adopted the name "Twigs" from a high-school nickname in the early days of the band, while Laura was working as a runway model and Linda was working as a piano player, in order to buy the recording equipment on which they recorded their first song demos.

17. Individually and as "The Twigs," Laura and Linda have remained fiercely independent as musicians and retained absolute creative autonomy in their music in the long tradition of independent, alternative, "DIY" and self-starting musicians in which they have been immersed for over 20 years.

18. Laura and Linda have registered the domain names "twigs.com" and "thetwigs.com" in or around 1993 and have continually maintained websites promoting the music of The Twigs at those domain names.

**COMPLAINT FOR TRADEMARK INFRINGEMENT**

19.   The "The Twigs" Mark was registered as a Service Mark on the Principal Register of the   United States Patent and Trademark Office on September 24, 1996 as U.S. Registration No. 2,003,136 for Plaintiffs' exclusive use for "entertainment in the nature of a musical band" in International Class 041 with a claimed first use in commerce of July 15, 1994. A copy of the registration certificate is attached as **Exhibit "1."**

20.   The "The Twigs" Mark was renewed on November 3, 2006 and is, and remains incontestable. A copy of the United States Trademark Office Notice of Renewal is attached as **"Exhibit 2."**

21.    The Twigs have consistently and continually used, performed as, recorded as, collected royalties, etc., as "The Twigs" and "Twigs" since 1994.

22.   Plaintiffs released an album of new, original music as "The Twigs" on or about October 1, 2013 and have announced upcoming concert dates for June 7, 2014 and June 8, 2014 in Los Angeles California, July 9, 2014 and July 12, 2014 in Lexington, Virginia, and July 17, 2014 in Chicago, Illinois.

23.   Plaintiffs have invested enormous amounts of time, effort and money effectively policing and defending the "The Twigs" Mark to numerous parties.

24.   Plaintiffs have performed live shows under the "The Twigs" Mark and promoted their music and live shows at iconic indie rock venues all over the world over the past 20 years, including the legendary CBGBs and the Mercury Lounge in New York City, the South by Southwest Music Festival in Austin, Texas, the Knitting Factory in Los Angeles, California, the Melkweg in Amsterdam, and House of Blues and the Metro in Chicago, Illinois.

25.   The "The Twigs" music is an important ongoing source of revenue for Plaintiffs, as they have successfully licensed their music for use in motion pictures such as Columbia Picture's "Cruel Intentions 3" and television shows

such as ABC's "Men in Trees." Plaintiffs receive regular royalty statements and syndication fees from such commercial uses of the "The Twigs" music.

### Defendants' Willful Infringement of the "The Twigs" Mark

26.  In or around June 2013, Laura and Linda first learned that a musical artist named Tahliah Barnett from London was performing as "Twigs" and selling her CD through bandcamp.com and other U.S. websites that sell downloads and imports.

27.  On or about June 5, 2013, Laura and Linda received an email purporting to be from Barnett, attached as part of **Exhibit "3,"** stating in part that:

> "I just thought that I would get in touch because it seems that we're putting music out in to the world using a similar name. . . .
> About a year ago I started putting my music online but recently I noticed that you guys existed and were called The Twigs. Although we're very different I appreciate that you've been releasing music and performing as The Twigs a lot longer than I have been Twigs so I thought I should reach out and say hi and check that you are ok with it. :)"

28.  On or about June 10, 2013, Laura and Linda politely informed Barnett that "We are always happy to see talented women producing and promoting their own music. You seem to have a promising career" but that they could not consent to Barnett's use of "Twigs."

29.  On or about June 25, 2013, in an email attached as **Exhibit "3**," Barnett offered Linda and Laura $15,000 if they could co-exist with Barnett being "Twigs" and Linda and Laura being "The Twigs, " writing :

> " OK thanks for being so understanding and I hope you don't mind me sending you a figure. As I said I have to try or I would always wonder if it had been possible. I'm obviously not trying to buy the name from you, my hope is that there's an amount that would enable you to exist as The Twigs and me to exist as Twigs. Does $15,000 sound like an amount that would do that?"

30.     On or about June 28, 2013, Laura and Linda declined and stressed that they did not consent to this proposed co-existence.

31.     Thereafter, on or about July 2, 2013, in an email attached as **Exhibit "3"** Barnett stated to Plaintiffs:

> "I assure you I have no intention of trying to use the name Twigs if we can't come to an arrangement, I understand and appreciate the legal ramifications I was just hoping there might be an agreement that would enable us both to exist under our names."

32.     Thereafter, in or about September 2013, in direct contradiction to Barnett's statement, Barnett released a commercial recording entitled "EP 2" under "FKA Twigs" that is sold in the United States through iTunes, Amazon and other outlets in physical and digital formats.  This EP has a cover photo of Barnett's neck wearing a necklace that says "Twigs." It is the only word on the cover and very confusing for those trying to buy Laura and Linda's music. An image of Barnett's EP art is below and attached as "**Exhibit 4**":



**COMPLAINT FOR TRADEMARK INFRINGEMENT**

33.    On or about August 30, 2013, an attorney for Laura and Linda contacted Defendants Young Turks, XL and Beggar Banquet with a Cease & Desist letter, a copy of which is attached as **Exhibit "5."**

34.    Thereafter, Laura and Linda also notified iTunes, Facebook and bandcamp.com and indie websites that Barnett is infringing the "The Twigs" Mark.

35.    On or about September 10, 2013, Defendant Young Turks, through its attorney, Rupert Skellert, responded to Plaintiffs by writing an email, a copy of which is attached as **Exhibit "6"**, that stated, in part:

> "We do not accept that FKA Twigs infringes any rights your client has in respect of the mark – The Twigs – nor do we accept that it involves any passing off, and our artist has taken legal advice which confirms that. . . We and our artist will therefore continue to use the name – FKA Twigs – and are prepared to vigorously defend our rights to do so."

36.    On or about October 1, 2013, Plaintiffs, as "The Twigs" released a new CD, entitled "Jump Right In." Laura and Linda found it nearly impossible to promote their CD due to "FKA Twigs" crowding out Internet search results.

37.    In Plaintiffs' and other customers' experience, performing an Internet search for  "Twigs" + "Music" yields images and links to Barnett as "FKA Twigs." Barnett's images and videos offering Barnett's music under the "FKA Twigs" moniker are of an "adult" and violent character that tarnishes the goodwill associated with the "The Twigs" Mark for music, and causes marketplace confusion.

38.     On or about February 19, 2014, Plaintiff's attorney spoke with counsel for Barnett.

39.    On information and belief, Barnett admitted, through counsel, on or about February 19, 2014, in sum and substance, that Plaintiffs' arguments of trademark infringement were unimpeachable.

40.     In the February 19, 2014 telephone conversation, Barnett's attorney informed Plaintiffs attorney that Barnett intended to release a full-length album later in 2014, and was very keen on obtaining Plaintiffs' consent to Barnett's use of "FKA Twigs." Plaintiffs' counsel again objected to a co-existence proposal involving "FKA Twigs."

41.     On or about April 1, 2014, Laura and Linda Good discovered that Barnett, performing as "FKA Twigs," would be performing a music concert in Los Angeles, originally scheduled for April 8, 2014.

42.     On or about April 4, 2014, Plaintiffs' counsel re-transmitted cease-and-desist demands letters to Defendants.

43.     Thereafter, Defendants informed Plaintiffs that they had retained U.S. Counsel.

44.     Thereafter, on information and belief, advertisements on the ticket sales website ticketfly.com state that the sold-out FKA Twigs show has been postponed to April 10, 2014 due to "unforeseen circumstances."

45.     As of the date of this Complaint, Plaintiffs have not heard from Ms. Barnett's United States counsel and have not been notified who her United States counsel is.

**FIRST CAUSE OF ACTION FOR TRADEMARK INFRINGEMENT**

46.     Plaintiffs reallege paragraphs 1 through 45, as if fully set forth.

47.     Plaintiffs have long used the "The Twigs" Mark in interstate commerce in connection with the promotion and sale of their goods and services, including playing musical concerts and selling recordings of their original songs and performances, increasingly over the Internet.

48.     Defendants are on the brink of selling and promoting the live musical performance of Barnett for the first time ever in the United States with

the concert advertised to take place at the Hollywood Forever cemetery on April 10, 2014.

49.     While Plaintiffs want to encourage a fellow young female musician in her live music career, immediate injunctive relief is necessary to stop Defendants from infringing on Plaintiff's "The Twigs" Mark in the market for entertainment in live music performances prior to Barnett's first North American concert in Los Angeles, California, because Barnett and the other Defendants have continued to engage in infringing conduct, even after her own counsel admitted that they had no response and Barnett supposedly assured Plaintiffs that she "ha[d] no intention of trying to use the name Twigs if we can't come to an arrangement."

50.     Defendant's use of the word "FKA" in connection with "Twigs" to promote Barnett's music and music performances makes matters worse, because the "FKA" falsely or confusingly suggests that Barnett was formerly associated with Linda and Laura as part of "Twigs" or "The Twigs," or – worse yet – "Formerly Known As" falsely or confusingly suggests that "Twigs" or "The Twigs" is a dissolved or defunct entity.

51.     As of the date of this Complaint, websites such as iTunes and last.fm display significant overlap between Barnett and Linda and Laura in searches for "The Twigs" and "Twigs," and online discussions among music fans display confusion and "befuddlement" between the two musical artists.

52.     Defendants' use of the "Twigs" and "FKA Twigs" moniker has been without the consent of Plaintiffs, as Defendants well know.

53.     Defendants' use of "Twigs" and "FKA Twigs" and of artwork consisting solely or primarily of the word "Twigs" affects interstate commerce. Defendants' misconduct threatens irreparable harm of the "The Twigs" Mark and the associated goodwill owned by Plaintiffs, and threatens, at the turning point of

the April 10, 2014 concert, to cause Plaintiffs to lose control over the "The Twigs" Mark and its associated goodwill if not immediately enjoined.

54.     Based on the foregoing facts, Defendants' acts constitute trademark infringement in violation of 15 U.S.C. § 1114(1).

55.     Defendants' acts complained of herein have damaged, and will irreparably damage, Plaintiff. Plaintiff has no adequate remedy at law for certain of these wrongs and injuries. The damage to Plaintiff includes harm to its goodwill and reputation in the marketplace that money damages cannot compensate. Plaintiff is, therefore, entitled to a preliminary and permanent injunction under 15 U.S.C. § 1116 restraining and enjoining defendants and their agents, servants, and employees, and all persons acting thereunder, in concert therewith or on their behalf, from using Plaintiffs' marks in connection with the sale, offering for sale or advertising of their goods or services, or in any manner likely to cause confusion, mistake or to deceive the trade or public as to the source or origin of the defendants' goods and services. Plaintiffs also request an order directing Defendants to file with the Court and serve on Plaintiffs within thirty days after service of the injunction, a report in writing under oath setting forth in detail the manner and form in which the Defendants have complied with the injunction.

56.     Because this is an exceptional case, Plaintiffs are entitled to recover their reasonable attorney's fees along with the costs of this action under 15 U.S.C. § 1117(a).

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray as follows:

A.     That, pursuant to 15 U.S.C. §§ 1114, 1116 and 1125(a), and applicable California and common law, Defendants, as well as all persons acting under the direction, control, permission, or authority of defendants, or any of

them, and all persons acting in concert therewith, be enjoined during the pendency of this action and permanently thereafter, from displaying, marketing, distributing, advertising, transferring or selling any product or service bearing the name "Twigs" "The Twigs" or "FKA Twigs", or any other mark substantially likely to cause confusion with Plaintiffs' the "The Twigs" Mark; or using the phrase "FKA Twigs" or "Formerly Known as Twigs" in any manner whatsoever in connection with such business activities;

B.     That, pursuant to 15 U.S.C. § 1116, Defendants be ordered to file with the Court and serve on Plaintiffs within thirty days after service od an injunction, a report in writing under oath setting forth in detail the manner and form in which the Defendants have complied with the injunction;

C.     Enter an award against Defendants of monetary damages in an amount to be proven at trial but believed to exceed Seventy-Five Thousand Dollars ($75,000.00);

D.     Plaintiffs' costs of suit, including its reasonable attorneys' fees; and

E.     For such other and further relief as the Court may deem just and proper under the circumstances.

Respectfully submitted,

LISA J. BORODKIN, ATTORNEY AT LAW

Dated:      April 8, 2014      By: */s/ Lisa J. Borodkin*
Lisa J. Borodkin (SBN 196412)
Shoshana E. Bannett (SBN 241977)
Attorneys for Plaintiffs, Linda Good, Laura Good and the Linda and Laura Good Partnership

1

# DEMAND FOR JURY TRIAL

2

  Plaintiffs hereby demand a jury trial as provided by Rule 38(a) of the

3

Federal Rules of Civil Procedure.

4

             Respectfully submitted,

5

             LISA J. BORODKIN, ATTORNEY AT

6

             LAW

7

8

Dated:   April 8, 2014    By: */s/ Lisa J. Borodkin*

9

             Lisa J. Borodkin (SBN 196412)

10

             Shoshana E. Bannett (SBN 241977)

             Attorneys for Plaintiffs, Linda Good, Laura

11

          Good and the Linda and Laura Good Partnership

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**COMPLAINT FOR TRADEMARK INFRINGEMENT**

Int. Cl.: 41

Prior U.S. Cls.: 100, 101 and 107

**United States Patent and Trademark Office**

Reg. No. 2,003,136

Registered Sep. 24, 1996

## SERVICE MARK
### PRINCIPAL REGISTER

## THE TWIGS

LAURA GOOD, LINDA GOOD PARTNERSHIP, THE (PARTNERSHIP)
2534 N. MARSHFIELD
CHICAGO, IL 60614

FOR: ENTERTAINMENT IN THE NATURE OF A MUSICAL BAND, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 7–15–1994; IN COMMERCE 10–31–1994.

SER. NO. 75–007,836, FILED 10–31–1995.

CINDY HENDERSON, EXAMINING ATTORNEY

Exhibit "1"



**UNITED STATES PATENT AND TRADEMARK OFFICE**

Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA  22313-1451
www.uspto.gov

REGISTRATION NO:  2003136     SERIAL NO:  75/007836     MAILING DATE:  11/03/2006
REGISTRATION DATE:  09/24/1996
MARK:  THE TWIGS
REGISTRATION OWNER:   Laura Good, Linda Good Partnership, The

**CORRESPONDENCE ADDRESS:**

Laura Good, Linda Good Partnership, The
137 N. Larchmont, #240
Los Angeles CA 90004

# NOTICE OF ACCEPTANCE
15  U.S.C.  Sec.  1058(a)(3)

THE COMBINED AFFIDAVIT AND RENEWAL APPLICATION FILED FOR THE ABOVE-IDENTIFIED REGISTRATION
MEETS THE REQUIREMENTS OF SECTION 8 OF THE TRADEMARK ACT, 15 U.S.C. Sec. 1058.

**ACCORDINGLY, THE SECTION 8 AFFIDAVIT IS ACCEPTED.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

# NOTICE OF RENEWAL
15  U.S.C.  Sec.  1059(a)

THE COMBINED AFFIDAVIT AND RENEWAL APPLICATION FILED FOR THE ABOVE-IDENTIFIED REGISTRATION
MEETS THE REQUIREMENTS OF SECTION 9 OF THE TRADEMARK ACT, 15 U.S.C. Sec. 1059.

**ACCORDINGLY, THE REGISTRATION IS RENEWED.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**THE REGISTRATION WILL REMAIN IN FORCE FOR CLASS(ES):**
041.

CONLEY, JOYCE MARIE
PARALEGAL SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

**PLEASE SEE THE REVERSE SIDE OF THIS NOTICE FOR INFORMATION
CONCERNING REQUIREMENTS FOR MAINTAINING THIS REGISTRATION**
ORIGINAL

Exhibit "2"

16

**From:** oh twigs <oh.twigs@gmail.com>
**Subject:** Hi from London!
**Date:** June 5, 2013 6:34:10 AM EDT
**To:** info@twigs.com

Hey there, my name is Twigs,

Hi from London!

I just thought that I would get in touch because it seems that we're putting music out in to the world using a similar name.
Twigs has been my nickname since childhood so when I started making music it was natural for me to use Twigs. I was oblivious that other people were or could be releasing music with a similar name. About a year ago I started putting my music online but recently I noticed that you guys existed and were called The Twigs. Although we're very different I appreciate that you've been releasing music and performing as The Twigs a lot longer than I have been Twigs so I thought I should reach out and say hi and check that you are ok with it. :)

I have been listening to your music on line it's really cool!

This is the EP I released last year... I hope you like it!

Twigs x

http://twigstwigs.tumblr.com
http://twigstwigs.bandcamp.com


**From:** oh twigs <oh.twigs@gmail.com>
**Subject:** Re: Hi from London!
**Date:** June 25, 2013 9:13:16 AM EDT
**To:** Info <info@twigs.com>


OK thanks for being so understanding and I hope you don't mind me sending you a figure. As I said I have to try or I would always wonder if it had been possible. I'm obviously not trying to buy the name from you, my hope is that there's an amount that would enable you to exist as The Twigs and me to exist as Twigs. Does $15,000 sound like an amount that would do that?

Twigs x
On Wednesday, 19 June 2013, Info wrote:

> Hi,
> Please don't be embarrassed, we so appreciate your honesty and struggles.
 Music has truly been a life saver for us and whilst the road has not been an easy

Exhibit "3"
17

one, we have worked long and hard to protect our music and our business.
 Securing a U.S. trademark takes a lot of time, energy and money, and when it's
finally granted, the responsibilities in maintaining it are clear: we HAVE to defend
it, that is the law.  I don't really know if there's any amount of money that could
compensate us for what we've devoted our whole adult lives to.
>
> It sounds like you've come a long way, and maybe it's time to embrace a new
name -- one that represents where you're going, instead of where you've been.
 Music is so global and universal now, maybe finding a name that is truly yours
alone will help you blossom bigger and faster.  And once you've found it, do the
research, consult a lawyer and trademark it!  We know lawyers cost money, at
the time it was money we didn't have, but since we knew we were in this for life,
we scraped together the funds, started the process and eventually secured the
trademark.
>
> There are many people each year that want to use the name "Twigs" or some
version thereof for their music.  Our trademark is defended in every case, and
this is for them as much for us: marketplace confusion is a serious issue and it
will do nothing but hold them back and make them liable for lawsuits. We have
the exclusive legal right to use the name in the fields of music and entertainment
in the U.S. and its territories.  Plus, any global company that is U.S. owned (i.e.
Facebook, itunes etc) has to follow these trademark laws as well.
>
> So again, as far as what you can use in the U.K., you'll have to consult an
attorney, but if you are in this for the long haul (which it sounds like you are),
please don't look at changing your name as a setback, but a launching pad. You
seem like a very soulful, thoughtful person and we wish you all the best.
>
> Laura & Linda



On Jun 18, 2013, at 5:38 PM, oh twigs wrote:

> Hello Laura and Linda,
>
> I firstly want to say thank you for your patience on this matter and for getting
back to me so quickly.
>
> I fully respect your feelings on this but before I move on I just have to check if
there's there any conversation to be had about us both existing and whether or
not a payment of some kind could help.
> I promise the last thing I want to do is cause you any offence but I'm sure you
can tell how important the name Twigs is to me.
>
> When I became known as Twigs it was such a significant turning point in my

life, my home environment was very destructive growing up and after moving from the countryside to London at 16 to get out I found myself very alone and incredibly vulnerable. 'Twigs' was literally a character that I made for myself and a way out of some really dark times. I didn't want to be known as Tahliah anymore because to many bad things had happened.
>
> Becoming 'Twigs' is the best thing that has ever happened for me and my confidence. I started training hard and got work as a dancer and through that I started modelling as 'Twigs' which funded my love of making music. Being Twigs allowed me to develop into a music artist which is literally my only love and the whole of my life.
>
> I know that you don't know me personally and so this email is a lot! It's embarrassing for me to send this but if I didn't try everything possible to be known as Twigs I'd always wonder if there would have been a way because it's so so much more than just a name, 'Twigs' for me was a way out of a whole lot of heart ache and the beginning of something very healing.
>
> I hope you understand the sentiment behind sending this email and I hope to hear from you soon.
>
> Twigs xx
>
>
> On Mon, Jun 17, 2013 at 6:47 PM, Info <info@twigs.com> wrote:
> Hello!
> It may be hard to get both of us on the phone as we are traveling this summer. You could email some alternative choices to us, but in the end you most likely will have to consult with an attorney to be sure they are cleared.  The artists in the past who've wanted to add words to the beginning or end of "Twig or Twigs" (etc.) run into trouble mainly from the streaming services as most data doesn't get entered correctly so, royalties may end up getting paid to the wrong artist.  As we said, we have been through this many, many times.  Better to choose a name unique to you now and protect it than run into lawsuits later after you've worked so hard on your career.
> We are happy to help if we can and sincerely wish you the best in your career as strong women in the music business need to be heard!  So if you want to run some names by us that's fine, but to protect yourself as we said you might want to investigate other choices and get legal advice.
> Best,
> Laura & Linda
>
>
> On Jun 14, 2013, at 1:54 PM, oh twigs wrote:
>
> > Hey Laura and Linda,
> >

Exhibit "3"
19

> > Thank you for replying and for your advice. I appreciate that you have a trademark and that you have been performing and making music under The Twigs for many years. We obviously all want to avoid confusion and I don't want to cause any problems. I would love to speak to you about some alternative choices that I have come up with, is there a number that I could contact you on for a quick chat?
> >
> > Twigs x
> >
> >
> > On Mon, Jun 10, 2013 at 2:43 PM, Info <info@twigs.com> wrote:
> > Hello!
> > Thanks for reaching out. We are always happy to see talented women producing and promoting their own music. You seem to have a promising career in the music business which is why it's important that you know the following.
> >
> > We own the U.S. Trademark for the name "The Twigs" for use in music and entertainment.  We have used it for over 20 years as we've toured around the world and we were granted the exclusive use of that trademark in 1996.  This trademark and its derivations ("Twig", "Twigs", "Twigg," etc) has been defended successfully in the U.S. and it's territories in every single case. You would be surprised how many artists have wanted to use the name over the years, but there have been a lot!  It doesn't matter what type of music they've done or how different it is from ours, the law has always been on our side.  We still perform, record and produce under the name and our music is heard around the world on radio, TV and film.
> >
> > Marketplace confusion is


**From:** oh twigs <oh.twigs@gmail.com>
**Subject:** Re: Hi from London!
**Date:** June 18, 2013 5:38:12 PM EDT
**To:** Info <info@twigs.com>

Hello Laura and Linda,

I firstly want to say thank you for your patience on this matter and for getting back to me so quickly.

I fully respect your feelings on this but before I move on I just have to check if there's there any conversation to be had about us both existing and whether or not a payment of some kind could help.
I promise the last thing I want to do is cause you any offence but I'm sure you can tell how important the name Twigs is to me.

Exhibit "3"

When I became known as Twigs it was such a significant turning point in my life, my home environment was very destructive growing up and after moving from the countryside to London at 16 to get out I found myself very alone and incredibly vulnerable. 'Twigs' was literally a character that I made for myself and a way out of some really dark times. I didn't want to be known as Tahliah anymore because to many bad things had happened.

Becoming 'Twigs' is the best thing that has ever happened for me and my confidence. I started training hard and got work as a dancer and through that I started modelling as 'Twigs' which funded my love of making music. Being Twigs allowed me to develop into a music artist which is literally my only love and the whole of my life.

I know that you don't know me personally and so this email is a lot! It's embarrassing for me to send this but if I didn't try everything possible to be known as Twigs I'd always wonder if there would have been a way because it's so so much more than just a name, 'Twigs' for me was a way out of a whole lot of heart ache and the beginning of something very healing.

I hope you understand the sentiment behind sending this email and I hope to hear from you soon.

Twigs xx


On Mon, Jun 17, 2013 at 6:47 PM, Info <info@twigs.com> wrote:
Hello!
It may be hard to get both of us on the phone as we are traveling this summer. You could email some alternative choices to us, but in the end you most likely will have to consult with an attorney to be sure they are cleared. The artists in the past who've wanted to add words to the beginning or end of "Twig or Twigs" (etc.) run into trouble mainly from the streaming services as most data doesn't get entered correctly so, royalties may end up getting paid to the wrong artist. As we said, we have been through this many, many times. Better to choose a name unique to you now and protect it than run into lawsuits later after you've worked so hard on your career.
We are happy to help if we can and sincerely wish you the best in your career as strong women in the music business need to be heard! So if you want to run some names by us that's fine, but to protect yourself as we said you might want to investigate other choices and get legal advice.
Best,
Laura & Linda

On Jun 14, 2013, at 1:54 PM, oh twigs wrote:

> Hey Laura and Linda,
>
> Thank you for replying and for your advice. I appreciate that you have a
trademark and that you have been performing and making music under The
Twigs for many years. We obviously all want to avoid confusion and I don't want
to cause any problems. I would love to speak to you about some alternative
choices that I have come up with, is there a number that I could contact you on
for a quick chat?
>
> Twigs x
>
>
> On Mon, Jun 10, 2013 at 2:43 PM, Info <info@twigs.com> wrote:
> Hello!
> Thanks for reaching out. We are always happy to see talented women
producing and promoting their own music. You seem to have a promising career
in the music business which is why it's important that you know the following.
>
> We own the U.S. Trademark for the name "The Twigs" for use in music and
entertainment.  We have used it for over 20 years as we've toured around the
world and we were granted the exclusive use of that trademark in 1996.  This
trademark and its derivations ("Twig", "Twigs", "Twigg," etc) has been defended
successfully in the U.S. and it's territories in every single case. You would be
surprised how many artists have wanted to use the name over the years, but
there have been a lot!  It doesn't matter what type of music they've done or how
different it is from ours, the law has always been on our side.  We still perform,
record and produce under the name and our music is heard around the world on
radio, TV and film.
>
> Marketplace confusion is a serious issue as streaming services, itunes etc can
be accessed from almost every country.  So the sad fact is if you ever want to
tour in U.S. or sell your music here (or on any web portal that can be accessed in
the U.S.) or, get paid from any internet radio that may play your music, you are
opening yourself up to many infringement lawsuits and just plain hassles that
take up a ton of time and money.
>
> As far as performing in your own country under your name, you will have to
consult an attorney about your own country's laws. (One famous example, the
British band The Charlatans were forced to add "UK" at the end of their name
when they wanted to tour the U.S.). That was of course before the days of the
internet and I would bet that the marketplace confusion that still happens with
them is not worth it.
>
> So we are so sorry, but unfortunately the law dictates that we are not ok with
you using the name "Twigs", or any derivation thereof.

Exhibit "3"

>
> You are obviously very creative and talented and we are sure you will come up with something that is yours alone and that will allow you to freely promote your music all over the world.
>
> Wishing you the best of luck in your endeavors,
>
> Laura Good &  Linda Good
> The Twigs
> www.twigs.com
>
> On Jun 5, 2013, at 6:34 AM, oh twigs wrote:
>
>> Hey there, my name is Twigs,
>>
>> Hi from London!
>>
>> I just thought that I would get in touch because it seems that we're putting music out in to the world using a similar name.
>> Twigs has been my nickname since childhood so when I started making music it was natural for me to use Twigs. I was oblivious that other people were or could be releasing music with a similar name. About a year ago I started putting my music online but recently I noticed that you guys existed and were called The Twigs. Although we're very different I appreciate that you've been releasing music and performing as The Twigs a lot longer than I have been Twigs so I thought I should reach out and say hi and check that you are ok with it. :)
>>
>> I have been listening to your music on line it's really cool!
>>
>> This is the EP I released last year... I hope you like it!
>>
>> Twigs x
>>
>> http://twigstwigs.tumblr.com
>> http://twigstwigs.bandcamp.com
>
>


**From:** oh twigs <oh.twigs@gmail.com>
**Subject:** Re: Hi from London!
**Date:** July 2, 2013 8:39:48 PM EDT
**To:** Info <info@twigs.com>

Hi,

Exhibit "3"
24

I assure you I have no intention of trying to use the name Twigs if we can't come to an arrangement, I understand and appreciate the legal ramifications I was just hoping there might be an agreement that would enable us both to exist under our names. I have a lawyer and have been consulting him. Would you be able to give me your attorney's contact details?

Twigs

On Fri, Jun 28, 2013 at 7:05 PM, Info <info@twigs.com> wrote:
Hi,
We appreciate your persistence in trying to find a good solution for all concerned, but we will decline your offer for every reason we have stressed in the former emails. You will have to consult a lawyer in your country as to what you are legally able to call yourself in the U.K.

As for selling and/or promoting your music in the United States and any of its territories, at this point, our attorney has advised us that we have to demand you cease and desist using the name "Twigs", or any sound alike or derivation thereof.  Promoting and selling your music on any company, website, streaming radio, etc. or  business that is owned or accessible in the U.S. (such as Facebook, Youtube, itunes, Pandora, lastfm, etc.) is in violation of U.S. Trademark #75007836.

We are sorry to have to be so blunt, but it is important for you to know there are legal ramifications to selling and promoting your work under a name that is protected by U.S. law.  Every other artist who has tried to use the name "Twigs", or any sound alike or derivation thereof,  has ceased using the name, and picked a new one upon learning about our trademark.

We know this may not be what your what to hear, but it is the law.  We are protecting our music just as you want to protect yours. Unfortunately you will have to do it under another name if you plan on using it in the manner mentioned above.  Many artists have had to go through this situation, and still go on to have successful careers, but under names that do not violate existing trademarks.

We do wish you success in your endeavors,

Laura Good & Linda Good
The Twigs

On Jun 25, 2013, at 9:13 AM, oh twigs wrote:

Exhibit "3"

>
> OK thanks for being so understanding and I hope you don't mind me sending you a figure. As I said I have to try or I would always wonder if it had been possible. I'm obviously not trying to buy the name from you, my hope is that there's an amount that would enable you to exist as The Twigs and me to exist as Twigs. Does $15,000 sound like an amount that would do that?
>
> Twigs x
> On Wednesday, 19 June 2013, Info wrote:
>
> > Hi,
> > Please don't be embarrassed, we so appreciate your honesty and struggles. Music has truly been a life saver for us and whilst the road has not been an easy one, we have worked long and hard to protect our music and our business. Securing a U.S. trademark takes a lot of time, energy and money, and when it's finally granted, the responsibilities in maintaining it are clear: we HAVE to defend it, that is the law.  I don't really know if there's any amount of money that could compensate us for what we've devoted our whole adult lives to.
> >
> > It sounds like you've come a long way, and maybe it's time to embrace a new name -- one that represents where you're going, instead of where you've been. Music is so global and universal now, maybe finding a name that is truly yours alone will help you blossom bigger and faster.  And once you've found it, do the research, consult a lawyer and trademark it!  We know lawyers cost money, at the time it was money we didn't have, but since we knew we were in this for life, we scraped together the funds, started the process and eventually secured the trademark.
> >
> > There are many people each year that want to use the name "Twigs" or some version thereof for their music.  Our trademark is defended in every case, and this is for them as much for us: marketplace confusion is a serious issue and it will do nothing but hold them back and make them liable for lawsuits. We have the exclusive legal right to use the name in the fields of music and entertainment in the U.S. and its territories.  Plus, any global company that is U.S. owned (i.e. Facebook, itunes etc) has to follow these trademark laws as well.
> >
> > So again, as far as what you can use in the U.K., you'll have to consult an attorney, but if you are in this for the long haul (which it sounds like you are), please don't look at changing your name as a setback, but a launching pad. You seem like a very soulful, thoughtful person and we wish you all the best.
> >
> > Laura & Linda
>
>
>
>
> On Jun 18, 2013, at 5:38 PM, oh twigs wrote:

Exhibit "3"

>
> > Hello Laura and Linda,
> >
> > I firstly want to say thank you for your patience on this matter and for getting back to me so quickly.
> >
> > I fully respect your feelings on this but before I move on I just have to check if there's there any conversation to be had about us both existing and whether or not a payment of some kind could help.
> > I promise the last thing I want to do is cause you any offence but I'm sure you can tell how important the name Twigs is to me.
> >
> > When I became known as Twigs it was such a significant turning point in my life, my home environment was very destructive growing up and after moving from the countryside to London at 16 to get out I found myself very alone and incredibly vulnerable. 'Twigs' was literally a character that I made for myself and a way out of some really dark times. I didn't want to be known as Tahliah anymore because to many bad things had happened.
> >
> > Becoming 'Twigs' is the best thing that has ever happened for me and my confidence. I started training hard and got work as a dancer and through that I started modelling as 'Twigs' which funded my love of making music. Being Twigs allowed me to develop into a music artist which is literally my only love and the whole of my life.
> >
> > I know that you don't know me personally and so this email is a lot! It's embarrassing for me to send this but if I didn't try everything possible to be known as Twigs I'd always wonder if there would have been a way because it's so so much more than just a name, 'Twigs' for me was a way out of a whole lot of heart ache and the beginning of something very healing.
> >
> > I hope you understand the sentiment behind sending this email and I hope to hear from you soon.
> >
> > Twigs xx
> >
> >
> > On Mon, Jun 17, 2013 at 6:47 PM, Info <info@twigs.com> wrote:
> > Hello!
> > It may be hard to get both of us on the phone as we are traveling this summer.  You could email some alternative choices to us, but in the end you most likely will have to consult with an attorney to be sure they are cleared.  The artists in the past who've wanted to add words to the beginning or end of "Twig or Twigs" (etc.) run into trouble mainly from the streaming services as most data doesn't get entered correctly so, royalties may end up getting paid to the wrong artist.  As we said, we have been through this many, many times.  Better to choose a name unique to you now and protect it than run into lawsuits later after

Exhibit "3"
27

you've worked so hard on your career.
> > We are happy to help if we can and sincerely wish you the best in your
career as strong women in the music business need to be heard!  So if you want
to run some names by us that's fine, but to protect yourself as we said you might
want to investigate other choices and get legal advice.
> > Best,
> > Laura & Linda
> >
> >
> > On Jun 14, 2013, at 1:54 PM, oh twigs wrote:
> >
> > > Hey Laura and Linda,
> > >
> > > Thank you for replying and for your advice. I appreciate that you have a
trademark and that you have been performing and making music under The
Twigs for many years. We obviously all want to avoid confusion and I don't want
to cause any problems. I would love to speak to you about some alternative
choices that I have come up with, is there a number that I could contact you on
for a quick chat?
> > >
> > > Twigs x
> > >
> > >
> > > On Mon, Jun 10, 2013 at 2:43 PM, Info <[info@twigs.com](mailto:info@twigs.com)> wrote:
> > > Hello!
> > > Thanks for reaching out. We are always happy to see talented women
producing and promoting their own music. You seem to have a promising career
in the music business which is why it's important that you know the following.
> > >
> > > We own the U.S. Trademark for the name "The Twigs" for use in music and
entertainment.  We have used it for over 20 years as we've toured around the
world and we were granted the exclusive use of that trademark in 1996.  This
trademark and its derivations ("Twig", "Twigs", "Twigg," etc) has been defended
successfully in the U.S. and it's territories in every single case. You would be
surprised how many artists have wanted to use the name over the years, but
there have been a lot!  It doesn't matter what type of music they've done or how
different it is from ours, the law has always been on our side.  We still perform,
record and produce under the name and our music is heard around the world on
radio, TV and film.
> > >
> > > Marketplace confusion is


**From:** oh twigs <oh.twigs@gmail.com>
**Subject:** Re: Hi from London!

Exhibit "3"

**Date:** June 14, 2013 1:54:34 PM EDT
**To:** Info <info@twigs.com>

Hey Laura and Linda,

Thank you for replying and for your advice. I appreciate that you have a trademark and that you have been performing and making music under The Twigs for many years. We obviously all want to avoid confusion and I don't want to cause any problems. I would love to speak to you about some alternative choices that I have come up with, is there a number that I could contact you on for a quick chat?

Twigs x


On Mon, Jun 10, 2013 at 2:43 PM, Info <info@twigs.com> wrote:
Hello!
Thanks for reaching out. We are always happy to see talented women producing and promoting their own music. You seem to have a promising career in the music business which is why it's important that you know the following.

We own the U.S. Trademark for the name "The Twigs" for use in music and entertainment.  We have used it for over 20 years as we've toured around the world and we were granted the exclusive use of that trademark in 1996.  This trademark and its derivations ("Twig", "Twigs", "Twigg," etc) has been defended successfully in the U.S. and it's territories in *every single case*. You would be surprised how many artists have wanted to use the name over the years, but there have been a lot!  It doesn't matter what type of music they've done or how different it is from ours, the law has always been on our side.  We still perform, record and produce under the name and our music is heard around the world on radio, TV and film.

Marketplace confusion is a serious issue as streaming services, itunes etc can be accessed from almost every country.  So the sad fact is if you ever want to tour in U.S. or sell your music here (or on any web portal that can be accessed in the U.S.) or, get paid from any internet radio that may play your music, you are opening yourself up to many infringement lawsuits and just plain hassles that take up a ton of time and money.

As far as performing in your own country under your name, you will have to consult an attorney about your own country's laws. (One famous example, the British band The Charlatans were forced to add "UK" at the end of their name when they wanted to tour the U.S.). That was of course before the days of the internet and I would bet that the marketplace confusion that still happens with them is not worth it.

So we are so sorry, but unfortunately the law dictates that we are not ok with you

using the name "Twigs", or any derivation thereof.

You are obviously very creative and talented and we are sure you will come up with something that is yours alone and that will allow you to freely promote your music all over the world.

Wishing you the best of luck in your endeavors,

Laura Good &  Linda Good
The Twigs
www.twigs.com

On Jun 5, 2013, at 6:34 AM, oh twigs wrote:

Hey there, my name is Twigs,

Hi from London!

I just thought that I would get in touch because it seems that we're putting music out in to the world using a similar name.
Twigs has been my nickname since childhood so when I started making music it was natural for me to use Twigs. I was oblivious that other people were or could be releasing music with a similar name. About a year ago I started putting my music online but recently I noticed that you guys existed and were called The Twigs. Although we're very different I appreciate that you've been releasing music and performing as The Twigs a lot longer than I have been Twigs so I thought I should reach out and say hi and check that you are ok with it. :)

I have been listening to your music on line it's really cool!

This is the EP I released last year... I hope you like it!

Twigs x

http://twigstwigs.tumblr.com
http://twigstwigs.bandcamp.com

Exhibit "3"
30



Exhibit "4"
31



NOVAK DRUCE CONNOLLY
BOVE + QUIGG LLP

ATTORNEYS AT LAW

Victor K. Sapphire

DIRECT TEL: 213.787.2523
EMAIL: victor.sapphire@novakdruce.com

August 30, 2013

Via Email:  theyoungturks@theyoungturks.co.uk
and FedEx

Mr. Caius Pawson
The Young Turks
17-19 Alma Road
London
SW18 1AA
United Kingdom

       **Re:**    **Our client:  The Twigs**

Dear Mr. Pawson:

This firm is counsel to Linda and Laura Good p/k/a The Twigs in intellectual property and related litigation matters.

The Twigs have had a successful career as a recording and performing musical group, having released three acclaimed albums and performing several hundred shows in the United States, Australia, and across Europe since the mid-1990's.  The group's music has been featured on US national and international television shows, feature films, and international radio, and its music is heard by thousands worldwide daily via online media streaming services.  The group has a new album of original music scheduled for release on October 1, 2013.  The Twigs' music has garnered accolades from US and British press, including in Rolling Stone, Playboy Magazine, The Daily Herald newspaper and Bucketful of Brains UK, among others.  In their nearly two decades long career as The Twigs, the group has become well known throughout the United States, United Kingdom and worldwide and its THE TWIGS mark is associated exclusively with our client.

We recently have discovered that your company and one of its signed artists are using the names TWIGS and FKA TWIGS (collectively, the "Name") in connection with a female solo recording artist whose planned release is upcoming on September 9, 2013.  It is our understanding that the cover graphic for the release features the artist's face and head, bearing a necklace that spells out the term "TWIGS", and there is no other text on the cover.

Exhibit "5"

32



Mr. Caius Pawson
August 30, 2013
Page 2

The Name is virtually identical to our client's THE TWIGS mark. Indeed, the only difference is the sometime addition of the term "FKA". The additional term "FKA" is not even featured on the cover artwork, cementing the Name's dominant commercial impression, namely that the artist's name is merely "TWIGS". Your artist has acknowledged our client's rights in the trademark THE TWIGS, and has stated that she has "no intention of using the name 'Twigs' if [she and our client] cannot come to an understanding." When our client declined to enter a coexistence agreement with your artist, she made the foregoing statement. After our client formally demanded she cease use of "TWIGS" in the United States and its territories, she stopped responding, and we subsequently learned of the addition of the nominal "FKA" term to the Name. It is our understanding that your company plans to release the recording under the Name via iTunes and other retailers in the United States and elsewhere.

Because the Name is virtually identical to our client's name and THE TWIGS mark, and both your company, its artist and our client are operating in the field of musical sound recordings, music videos and entertainment services, your company's and its artist's use of the Name will lead to confusion in the marketplace. Specifically, consumers will be confused into believing that the artist and your company's goods and/or services in connection with its artist performing under the Name are offered, sponsored, licensed or somehow authorized by, or affiliated with our client, which is not the case. Indeed, your company's advance work is already causing marketplace confusion between your artist, her recordings, and THE TWIGS: online searches for "Twigs music" or "The Twigs music" reveals images and links to your artist and her music pages on iTunes and other outlets, both in the United States and elsewhere, confusing and diverting consumers seeking information and goods and services in connection with The Twigs.

Accordingly, your company's and its artist's continuing use of the Name constitutes trademark infringement, misappropriation, false advertising and unfair competition under the federal and state laws of the United States, and other violations of federal and state law, all entitling our client to injunctive relief, damages, and attorneys' fees and costs.

The THE TWIGS mark is extremely important to our client. Thus, it is essential that our client takes steps to prevent any possible confusion in the marketplace. Accordingly, we request that your company and its artist immediately cease and desist from all use of the Name, and any other mark that is confusingly similar to our client's THE TWIGS mark, and adopt a non-infringing alternative name prior to release of the recording. Should we not hear otherwise from you, we will seek to enjoin the release of your recording under the TWIGS or FKA TWIGS name in the United States and its territories, including via online retail and streaming sites. You will appreciate that our client has consistently diligently and successfully policed and enforced its rights in the mark in every instance of confusingly similar third-party use encountered throughout the group's existence.

Exhibit "5"



Mr. Caius Pawson
August 30, 2013
Page 3

We request that you provide us with written assurance **within five (5) days of the date of this letter** that your company will comply with our request.

We look forward to resolving this matter in an amicable fashion.

Please note that this letter does not constitute a complete statement of our client's rights. Nothing in this letter shall be construed as a waiver of any right or remedy possessed by our client or any other affected party, all of which are expressly reserved.

Sincerely,

Victor K. Sapphire

Exhibit "5"
34

**Subject:** The Twigs - FKA Twigs

**Date:** Tuesday, September 10, 2013 at 6:49:26 AM Pacific Daylight Time

**From:** Rupert Skellett

**To:** Victor Sapphire

**CC:** Caius Pawson

Dear Mr. Sapphire

We are in receipt of your letter dated 30th August 2013.

Our artist has after the unsuccessful discussions regarding trademark co-existence you refer to changed her professional name to FKA Twigs.  She has done so despite being called Twigs nearly her entire life.

We do not accept that FKA Twigs infringes any rights your client has in respect of the mark – The Twigs – nor do we accept that it involves any passing off, and our artist has taken legal advice which confirms that.

And as a company we have had experience of contesting trademark claims in the USA, and we know that for instance adding a suffix such as UK to an already trademarked name suffices to make it non-infringing.

We and our artist will therefore continue to use the name – FKA Twigs – and are prepared to vigorously defend our rights to do so.

Without prejudice to the above, we will however also continue to do all we can to prevent any confusion arising amongst the public between your client and our artist, and shall look at the artwork you refer to and make any necessary changes.

Yours sincerely

Rupert Skellett
Young Turks

*********************************** This message is private & confidential. If you have received this message in error, please notify us & remove it from your system. Beggars Group Limited is a limited company registered in England & Wales. Registered in England number 1414045 Registered office : 17-19 Alma Road, London SW18 1AA Beggars Group Limited USA office : 304 Hudson Street, NYC NY 10013 http://www.beggars.com

Exhibit "6"