1  Lisa J. Borodkin (State Bar No. 196412)
    lisa@lisaborodkin.com
2  Shoshana E. Bannett (State Bar No. 241977)
3   shoshana@lisaborodkin.com
   LISA BORODKIN, ATTORNEY AT LAW
4  3414 Rowena Avenue
5  Los Angeles, California 90027
   Telephone: (323) 337-7933
6
7  Attorneys for Plaintiffs
   Linda Elaine Good, Laura Elizabeth Good, and
8  The Laura Good and Linda Good Partnership
9
10              UNITED STATES DISTRICT COURT
11            FOR THE CENTRAL DISTRICT OF CALIFORNIA
12
13  LINDA ELAINE GOOD, et al.        )  Case No. 2:14-CV-2668 (SVW) JCG
                                     )
14           Plaintiffs,             )  **PLAINTIFFS' NOTICE OF**
15      vs.                          )  **VOLUNTARY DISMISSAL**
                                     )  **WITHOUT PREJUDICE**
16  TAHLIAH BARNETT, et al.,         )  **PURSUANT TO FEDERAL RULE**
17                                   )  **OF CIVIL PROCEDURE 41(a)(1)**
             Defendants.             )
18                                   )  The Honorable Stephen V. Wilson
19                                   )
                                     )  Action Filed: April 8, 2014
20
21     **PLEASE TAKE NOTICE** that Plaintiffs LINDA ELAINE GOOD,
22  LAURA ELIZABETH GOOD, and THE LAURA GOOD AND LINDA GOOD
23  PARTNERSHIP ("Plaintiffs"), pursuant to Federal Rule of Civil Procedure
24  41(a)(1), hereby voluntarily dismiss *without prejudice* this action as to all
25  Defendants.
26     Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:
27     **(a) Voluntary Dismissal.**
28

---
1
**NOTICE OF VOLUNTARY DISMISSAL**

**(1) *By the Plaintiff.***

**(A)** *Without a Court Order*. Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

**(i)** a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment[.]

\*   \*   \*

Defendants have neither answered Plaintiffs' Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without prejudice and without an Order of the Court.

Respectfully submitted,

LISA J. BORODKIN, ATTORNEY AT LAW

Dated:     April 15, 2014          By: */s/ Lisa J. Borodkin*
Lisa J. Borodkin (SBN 196412)
Shoshana E. Bannett (SBN 241977)
Attorneys for Plaintiffs Linda Good, Laura Good and the Linda and Laura Good Partnership

# CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2014, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Annie Rian, Esq. (acr@msk.com)
*Attorney for Defendant Tahliah Barnett*

Paul H. Duvall, Esq. (pduvall@kingballow.com)
*Attorney for Defendants Beggars Group Holdings (USA), Inc., Beggars Banquet Recordings (USA), Inc., and XL Recordings (USA), Inc.*

/s/ Lisa J. Borodkin